UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

VICTORIA MOBLEY                              CASE# 3:23-CV-114-TJC-JBT

VS

JEWISH FAMILY AND COMMUNITY

SERVICES AND JANELL KNIGHT

FILED 2023 JAN 31 PM 3:11 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

COMPLAINT

1.

PLAINTIFF VICTORIA MOBLEY, A RESIDENT OF DUVAL COUNTY JACKSONVILLE, FLORIDA, LIVES AND RECIEVES MAIL AT 1601-1 NORTH MAIN STREET UNIT# 13214 JACKSONVILLE, FLORIDA 32206 AND IS SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT.

2.

DEFENDANT WORKS AT 8540 BAYCENTER ROAD JACKSONVILLE, FLORIDA 32256 AND IS SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT.

3.

COMES NOW PLAINTIFF AND STATES THIS: THEIR COMPLAINT AS FOLLOWS TO WIT:

THIS COURT IS EMPOWERED TO HEAR AND TRY THIS CASE AS IT INVOLVOES MULTIPLE CIVIL RIGHTS VIOLATIONS

ON OR ABOUT APRIL 2022 DEFENDANTS GOT INVOLVED IN MY COURT CASE CONCERNING MY CHILD AND HAVE SINCE THEN BEEN STALKING, AND HARRASSING ME AND ARE TRYING TO HAVE MY 2-YEAR OLD SON TAKEN FROM ME WHEN THERE IS NO REASON TO. I AM BEING STALKED BY JANELL KNIGHT EVERY TIME I VISIT MY SON. BECAUSE OF THIS REMOVAL MY SON IS BEING RAPED BY MY 2 BROTHERS OVER AND OVER AND THEY REFUSE TO DO ANYTHING TO STOP THE ABUSE.

THE RELIEF I AM ASKING FROM THIS COURT IS:

1. A CRIMINAL WARRANT ISSUED FOR THE ARREST OF JANELL KNIGHT FOR CAPITAL SEXUAL BATTERY OF A MINOR CHILD, STALKING, KIDNAPPING, AND RECKLESS ENDANGERMENT OF A CHILD.

2. $500,000.00 IN DAMAGES FOR UNDUE STRESS

STATEMENT OF ACTION TO SHOW CAUSE

PLAINTIFF IS ENTITLED TO RELIEF ON THE FOLLOWING GROUNDS

1. DEFENDANT IS KNOWINGLY AND WILLINGLY WITH MALICIOUS INTENT STALKING ME AND MY SON.
2. DEFENDANT SHOULD NOT BE ALLOWED ANYWHERE NEAR ME OR MY CHILD.

WHEREFORE PLAINTIFF NOW PRAYS THIS COURT TO GRANT RELIEF.

*Victoria Mobley* (signature)